# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GURTEN | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 17-1841 |
| | : | |
| JEFFERSON SESSIONS, *et al.* | : | |

# ORDER

AND NOW, this 3rd day of January 2018, upon carefully evaluating the credibility of witnesses during a non-jury trial, weighing of testimony and the admitted trial exhibits and as detailed in the accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED:**

1. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF ON ALL CLAIMS.**

2. The Clerk of Court shall **CLOSE** this matter.

KEARNEY, J.